# Mark T. Young & Associates

Invoice

P.O. Box 909
2121 Hamill Road
Hixson, TN  37343
423/870-5225    423/877-0363fax

| Date | Invoice # |
|---|---|
| 09/06/2012 | 100004525 |

| Bill To |
|---|
| William Butcher<br>2010 Merlin Drive<br>Chattanooga, TN 37421 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 01/13/2012 | Received and reviewed Motion for Relief filed by Mary Gaston Butcher. | 0.2 | 300.00 | 60.00 |
| 01/24/2012 | Received and reviewed Amended Motion for Relief filed by Mary Gaston Butcher; set for hearing on 3/1/12. | 0.1 | 300.00 | 30.00 |
| 02/27/2012 | Research on case law regarding issues raised by Motion for Relief filed by client's ex-wife, Mary Gaston Butcher. | 1.1 | 300.00 | 330.00 |
| 02/29/2012 | Prepared Adversary Complaint Case No. 12-ap-01023 against Mary Gaston Butcher. | 0.5 | 300.00 | 150.00 |
| 03/01/2012 | Attended hearing on Amended Motion for Relief filed by Mary Gaston Butcher; resulting in hearing being passed to 3/15/12. | 0.2 | 300.00 | 60.00 |
| 03/01/2012 | Received and reviewed letter from attorney for Mary Gaston Butcher. | 0.1 | 300.00 | 30.00 |
| 03/07/2012 | Completed detailed calculations regarding impact on client's plan of Motion for Relief from stay filed by client's ex-wife, Mary Gaston Butcher. | 0.4 | 300.00 | 120.00 |
| 03/14/2012 | Review of file to prepare for hearing on Amended Motion for Relief filed by Mary Gaston Butcher. | 0.1 | 300.00 | 30.00 |
| 03/15/2012 | Attended hearing on Amended Motion for Relief filed by Mary Gaston Butcher; resulting in hearing being passed to 3/16/12 at 11:30 a.m. | 0.2 | 300.00 | 60.00 |
| 03/16/2012 | Attended hearing on Amended Motion for Relief filed by Mary Gaston Butcher; resulting in motion being granted. | 0.2 | 300.00 | 60.00 |
| 03/23/2012 | Received and reviewed letter from attorney for Mary Gaston Butcher. | 0.2 | 300.00 | 60.00 |
| 03/28/2012 | Conference in my office with the client regarding settlement with Mary Gaston Butcher in adversary complaint. | 0.7 | 300.00 | 210.00 |
| 03/28/2012 | Prepared response to attorney for Mary Gaston Butcher advising how client desired to proceed. | 0.1 | 300.00 | 30.00 |
| 04/11/2012 | Received and reviewed letter from attorney for Mary Gaston Butcher and notice of hearing in state court. | 0.2 | 300.00 | 60.00 |

**Balance Due**

# Mark T. Young & Associates

P.O. Box 909
2121 Hamill Road
Hixson, TN 37343
423/870-5225    423/877-0363fax

Invoice

| Date | Invoice # |
|---|---|
| 09/06/2012 | 100004525 |

| Bill To |
|---|
| William Butcher<br>2010 Merlin Drive<br>Chattanooga, TN 37421 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 04/19/2012 | Received and reviewed copy of Motion for Relief from judgment filed by attorney for the ex-wife of the client in the original divorce proceeding in circuit court and reviewed attachments thereto being copies of a transcript in the state court proceedings during the divorce and a copy of a brief in support of the motion. | 0.8 | 300.00 | 240.00 |
| 05/11/2012 | Received order scheduling status conference for 7/12/12 at 9:30 a.m. in Adv Complaint against Mary Gaston Butcher. | 0.1 | 300.00 | 30.00 |
| 06/08/2012 | Received and reviewed Trustee's motion to dismiss; letter to client. N/C | 0.2 | 0.00 | 0.00 |
| 06/28/2012 | Received and reviewed letter from attorney for Mary Gaston Butcher regarding proposal to settle. | 0.2 | 300.00 | 60.00 |
| 07/09/2012 | Conference in my office with client regarding settlement to modify plan to provide for payment of Mary Gaston Butcher; made detailed calculations and prepared proposed modified plan. | 0.6 | 300.00 | 180.00 |
| 07/09/2012 | Prepared response to letter received from attorney for Mary Gaston Butcher regarding settlement after meeting with client. | 0.1 | 300.00 | 30.00 |
| 07/09/2012 | Received and reviewed response from attorney for Mary Gaston Butcher regarding settlement. | 0.1 | 300.00 | 30.00 |
| 07/10/2012 | Prepared motion to modify confirmed plan and notice of motion to modify confirmed plan. | 0.2 | 300.00 | 60.00 |
| 07/10/2012 | Photocopy Charges for servicing of modified plan. | 180 | 0.50 | 90.00 |
| 07/10/2012 | Postage charge for servicing of modified plan. | 36 | 0.46 | 16.56 |
| 07/11/2012 | Review of file to prepare for hearing on Trustee's motion to dismiss. N/C | 0.1 | 0.00 | 0.00 |
| 07/11/2012 | Review of file to prepare for status conference in Adv Case 12-ap-01023. | 0.1 | 300.00 | 30.00 |
| 07/12/2012 | Attended hearing on Trustee's motion to dismiss; resulting in motion being denied. N/C | 0.2 | 0.00 | 0.00 |

**Balance Due**

**Mark T. Young & Associates**

P.O. Box 909
2121 Hamill Road
Hixson, TN  37343
423/870-5225    423/877-0363fax

Invoice

| Date | Invoice # |
|---|---|
| 09/06/2012 | 100004525 |

| Bill To |
|---|
| William Butcher<br>2010 Merlin Drive<br>Chattanooga, TN 37421 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 07/12/2012 | Attended status conference in Adv Case 12-ap-01023; resulting in order being entered giving defendant deadline to answer plaintiff's complaint. | 0.2 | 300.00 | 60.00 |
| 07/13/2012 | Prepared amended Chapter 13 Statement of Current Monthly and Disposable Income. | 0.2 | 300.00 | 60.00 |
| 07/16/2012 | Prepared agreed order resolving Adv Case 12-ap-01023. | 0.2 | 300.00 | 60.00 |
| 08/13/2012 | Review of file to prepare for hearing on modified plan. | 0.1 | 300.00 | 30.00 |
| 08/14/2012 | Attended hearing on modified plan; resulting in modified plan being confirmed.  Letter to client. | 0.2 | 300.00 | 60.00 |
| 08/14/2012 | Received, reviewed and processed notice of mortgage payment change received from the mortgage company, Regions Mortgage.  Proposed agreed order implementing increase to Trustee's office for approval from feasibility. | 0.4 | 80.00 | 32.00 |
| 09/04/2012 | Received, reviewed and processed approved agreed order from Trustee's office feasibility increasing client's plan payments to $3,551.00 monthly to implement notice of mortgage payment change. 10 day Letter to client. | 0.4 | 80.00 | 32.00 |
| 09/10/2012 | Received, reviewed and processed e-mail correspondence from client in response to 10 day letter sent 9/4/12 regarding mortgage increase; client requesting lower plan payment.  Response sent to client. | 0.2 | 80.00 | 16.00 |
| 09/11/2012 | Revised proposed agreed order sent via fax to Trustee's office requesting feasibility provide lowest possible plan payment to still implement notice of mortgage change increase. | 0.2 | 80.00 | 16.00 |
| 09/25/2012 | Received, reviewed and processed fax from Trustee's office in response to 9/11/12 request regarding mortgage increase stating payments could remain the same.  E-mail correspondence sent to client.  memo to file. | 0.4 | 80.00 | 32.00 |

**Balance Due**

# Mark T. Young & Associates

P.O. Box 909
2121 Hamill Road
Hixson, TN  37343
423/870-5225    423/877-0363fax

Invoice

| Date | Invoice # |
|---|---|
| 09/06/2012 | 100004525 |

| Bill To |
|---|
| William Butcher<br>2010 Merlin Drive<br>Chattanooga, TN 37421 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 09/27/2012 | Revised agreed order finalized and filed with court to implement mortgage increase effective 10/2012. | 0.2 | 80.00 | 16.00 |
| 10/24/2012 | Conference with client in our office regarding tax liabilities for 2011 tax year and current income. | 0.9 | 300.00 | 270.00 |
| 12/21/2012 | Review of file and feasibility and status of case. Memo to file regarding same. | 0.4 | 300.00 | 120.00 |
| 01/16/2013 | Conference with client in our office regarding feasibility of case and status of income. | 0.8 | 300.00 | 240.00 |
| 03/25/2013 | Received and reviewed 2nd Trustee's motion to dismiss; letter to client. | 0.2 | 300.00 | 60.00 |
| 04/24/2013 | Review of file to prepare for hearing on Trustee's motion to dismiss. | 0.1 | 300.00 | 30.00 |
| 04/25/2013 | Attended hearing on Trustee's motion to dismiss; resulting in hearing being continued to 5/30/13. Letter to client. | 0.2 | 300.00 | 60.00 |
| 05/02/2013 | Preparation of invoice and application for additional fees. | 0.3 | 80.00 | 24.00 |
| 05/04/2013 | Reviewed and revised invoice and application for additional fees. Returned to paralegal for revisions. | 0.2 | 300.00 | 60.00 |
| 05/29/2013 | Review of file to prepare for hearing on Trustee's motion to dismiss. | 0.1 | 300.00 | 30.00 |
| 05/30/2013 | Attended hearing on Trustee's motion to dismiss; resulting in hearing being passed to 7/11/13 to allow client time to make payments. Letter to client. | 0.2 | 300.00 | 60.00 |
| 07/09/2013 | Revised invoice per MTY's corrections and returned to MTY to proof. | 0.4 | 80.00 | 32.00 |
| 07/10/2013 | Review of file to prepare for hearing on Trustee's motion to dismiss. | 0.1 | 300.00 | 30.00 |
| 07/11/2013 | Attended hearing on Trustee's motion to dismiss. Letter to client. | 0.2 | 300.00 | 60.00 |
| 07/10/2013 | Received, reviewed and revised invoice. Returned to paralegal to prepare final draft and file. | 0.2 | 300.00 | 60.00 |
| 07/15/2013 | Photocopy Charges for Servicing All Creditors Invoice and Supplemental Fee Application | 180 | 0.50 | 90.00 |

**Balance Due**

**Mark T. Young & Associates**
P.O. Box 909
2121 Hamill Road
Hixson, TN  37343
423/870-5225    423/877-0363fax

| Date | Invoice # |
|---|---|
| 09/06/2012 | 100004525 |

| Bill To |
|---|
| William Butcher<br>2010 Merlin Drive<br>Chattanooga, TN 37421 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 07/15/2013 | Postage charge for Servicing All Creditors Invoice and Supplemental Fee Application | 36 | 0.46 | 16.56 |

| **Balance Due** | $3,713.12 |
|---|---|