Mark T. Young & Associates  
P.O. Box 909  
Hixson, TN 37343

# INVOICE

| Date | Invoice # |
|---|---|
| 10/17/2014 | 166181 |

**Bill To**

William Taft Butcher  
2010 Merlin Drive  
Chattanooga, TN 37421

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 8/5/2013 | Conference with client(s) in my office to discuss TMTD and claim of Sports Barn; made detailed calculations regarding feasibility and validity of claim of Sports Barn. | 0.6 | 300.00 | 180.00 |
| 8/14/2013 | Dictation to paralegal of objection to claim of Sports Barn. | 0.3 | 300.00 | 90.00 |
| 8/14/2013 | Prepared objection to claim of Sports Barn and filed. | 0.2 | 80.00 | 16.00 |
| 8/14/2013 | Review of file to prepare for hearing on TMTD; dictation to paralegal of proposed agreed order resolving TMTD. | 0.2 | 300.00 | 60.00 |
| 8/15/2013 | Attended hearing on TMTD; resulting in hearing being passed to 10/24/13. | 0.1 | 300.00 | 30.00 |
| 8/28/2013 | E-mail to client regarding objection to claim of Sports Barn. | 0.1 | 80.00 | 8.00 |
| 9/7/2013 | E-mail to client regarding objection to claim of Sports Barn. | 0.1 | 80.00 | 8.00 |
| 9/25/2013 | Telephone call between paralegal and client(s) reminding client to attend hearing on objection to claim of Sports Barn. | 0.1 | 80.00 | 8.00 |
| 9/25/2013 | Review of file to prepare for hearing on objection to claim of Sports Barn. | 0.1 | 300.00 | 30.00 |
| 9/26/2013 | Attended hearing on objection to claim of Sports Barn; resulting in hearing being continued to 10/10/13. | 0.3 | 300.00 | 90.00 |
| 10/1/2013 | Settled objection to claim of Sports Barn with attorney for creditor. | 0.2 | 300.00 | 60.00 |
| 10/1/2013 | Obtained permission from Trustee's attorney to upload agreed Order resolving objection to claim of Sports Barn and uploaded order. | 0.1 | 300.00 | 30.00 |
| 11/11/2013 | E-mail to client requesting authorization to increase plan payments due to mortgage payment increase. | 0.1 | 80.00 | 8.00 |
| 11/12/2013 | Prepared and filed agreed order to increase plan payments due to mortgage payment increase. | 0.1 | 80.00 | 8.00 |
| 11/12/2013 | E-mail to client regarding mortgage payment increase. | 0.1 | 80.00 | 8.00 |
| 11/12/2013 | E-mail response to client regarding mortgage payment increase. | 0.1 | 80.00 | 8.00 |
| | **Total Fees** | | | |

Mark T. Young & Associates  
P.O. Box 909  
Hixson, TN 37343

# INVOICE

| Date | Invoice # |
|---|---|
| 10/17/2014 | 166181 |

**Bill To**

William Taft Butcher  
2010 Merlin Drive  
Chattanooga, TN 37421

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 4/14/2014 | Received, reviewed and processed MTD filed by IRS; fwd to attorney with file. | 0.3 | 80.00 | 24.00 |
| 4/15/2014 | Review of Motion to Dismiss filed by IRS regarding post petition income taxes and review of tax years in question. | 0.4 | 300.00 | 120.00 |
| 4/16/2014 | Paralegal discussed motion to dismiss with client and reviewed 2012 and 2013 tax returns. | 0.2 | 80.00 | 16.00 |
| 5/7/2014 | Dictated e-mail to attorney for IRS regarding MTD filed by IRS, forwarding copy of tax returns and providing updated explanation of client's circumstances. | 0.3 | 300.00 | 90.00 |
| 5/14/2014 | Review of file to prepare for hearing on Motion to Dismiss filed by IRS. | 0.2 | 300.00 | 60.00 |
| 5/15/2014 | Attended hearing on Motion to Dismiss filed by IRS; resulting in hearing being continued to 6/12/14. | 0.2 | 300.00 | 60.00 |
| 6/10/2014 | Dictated e-mail to paralegal requesting debtor's presence at hearing. | 0.1 | 300.00 | 30.00 |
| 6/10/2014 | E-mail from paralegal to client requesting letter from IRS regarding 2013 tax refund. | 0.1 | 80.00 | 8.00 |
| 6/11/2014 | Review of file to prepare for hearing on Motion to Dismiss filed by IRS | 0.1 | 300.00 | 30.00 |
| 6/12/2014 | Attended hearing on Motion to Dismiss filed by IRS; resulting in hearing being continued to 7/10/14. | 0.2 | 300.00 | 60.00 |
| 7/2/2014 | Received, reviewed and processed TMTD - failure to provide tax returns/refunds; fwd to attorney with file.  Letter to client. | 0.3 | 80.00 | 24.00 |
| 7/3/2014 | Review of Trustee's motion to dismiss regarding tax returns. | 0.2 | 300.00 | 60.00 |
| 7/8/2014 | Dictated e-mail to client regarding proposal to settle MTD filed by IRS. | 0.2 | 300.00 | 60.00 |
| | **Total Fees** | | | |

Mark T. Young & Associates
P.O. Box 909
Hixson, TN 37343

# INVOICE

| Date | Invoice # |
|---|---|
| 10/17/2014 | 166181 |

**Bill To**

William Taft Butcher
2010 Merlin Drive
Chattanooga, TN 37421

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 7/9/2014 | Dictated e-mail to attorney for IRS regarding tax issues and thorough explanation of detailed analysis. | 0.3 | 300.00 | 90.00 |
| 7/9/2014 | Review of file to prepare for hearing on Motion to Dismiss filed by IRS. | 0.1 | 300.00 | 30.00 |
| 7/10/2014 | Received and reviewed response from attorney for IRS in response to e-mail of 7/9/14. | 0.1 | 300.00 | 30.00 |
| 7/10/2014 | Attended hearing on Motion to Dismiss filed by IRS; resulting in hearing being continued to 7/17/14 | 0.2 | 300.00 | 60.00 |
| 7/16/2014 | E-mail to per dictation from attorney MTY to client regarding resolution to claim of IRS. | 0.2 | 80.00 | 16.00 |
| 7/16/2014 | Dictated e-mail to paralegal regarding obtaining our client's permission to resolve IRS claim. | 0.2 | 300.00 | 60.00 |
| 7/16/2014 | Review of file to prepare for hearing on Motion to Dismiss filed by IRS | 0.1 | 300.00 | 30.00 |
| 7/17/2014 | Attended hearing on Motion to Dismiss filed by IRS; resulting in hearing being continued to 8/21/14 | 0.2 | 300.00 | 60.00 |
| 8/18/2014 | Dictated agreed order and e-mail to attorney for IRS resolving Motion to Dismiss filed by IRS. | 0.4 | 300.00 | 120.00 |
| 8/20/2014 | Review of file to prepare for hearing on Motion to Dismiss filed by IRS | 0.1 | 300.00 | 30.00 |
| 8/21/2014 | Attended hearing on Motion to Dismiss filed by IRS; resulting in hearing being continued to 8/28/14 | 0.2 | 300.00 | 60.00 |
| 8/27/2014 | Review of e-mail from attorney for IRS regarding IRS no longer authorizing previous agreed order regarding 1305 tax claim. | 0.2 | 300.00 | 60.00 |
| 8/27/2014 | Review of file to prepare for hearing on Motion to Dismiss filed by IRS | 0.1 | 300.00 | 30.00 |
| | **Total Fees** | | | |

Mark T. Young & Associates
P.O. Box 909
Hixson, TN 37343

# INVOICE

| Date | Invoice # |
|---|---|
| 10/17/2014 | 166181 |

### Bill To

William Taft Butcher
2010 Merlin Drive
Chattanooga, TN 37421

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 8/28/2014 | Attended hearing on Motion to Dismiss filed by IRS; resulting in hearing being continued to 9/18/14 | 0.2 | 300.00 | 60.00 |
| 9/16/2014 | Dictation of e-mail to attorney for IRS and prepared a second proposed agreed order to resolve the motion to dismiss filed by the IRS. | 0.3 | 300.00 | 90.00 |
| 9/16/2014 | E-mail from paralegal to attorney for IRS forwarding revised agreed order to add tax year of 2012. | 0.2 | 80.00 | 16.00 |
| 9/17/2014 | Review of file to prepare for hearing on Motion to Dismiss filed by IRS | 0.1 | 300.00 | 30.00 |
| 9/18/2014 | Attended hearing on Motion to Dismiss filed by IRS; resulting in agreed order to be filed denying the motion to dismiss. | 0.2 | 300.00 | 60.00 |
| 9/19/2014 | E-mail from paralegal to attorney for Trustee requesting permission to sign agreed order. | 0.1 | 300.00 | 30.00 |
| 10/1/2014 | Prepared proposed agreed order and sent to Tammy Combs for approval. | 0.2 | 300.00 | 60.00 |
| 10/7/2014 | E-mail to client confirming new plan payment and begin date now that MTD filed by IRS is resolved.  Memo to file. | 0.2 | 80.00 | 16.00 |
| 10/16/2014 | Received approval from Tammy Combs; uploaded agreed order resolving MTD filed by IRS.  Letter to client. | 0.3 | 300.00 | 90.00 |
| 10/24/2014 | Prepared invoice for supplemental fee request. | 0.4 | 80.00 | 32.00 |
| 10/27/2014 | Review of invoice for supplemental fee request. | 0.3 | 300.00 | 90.00 |
| 10/28/2014 | Postage charge for Servicing All Creditors Supplemental fee request | 40 | 0.46 | 18.40 |
| 10/28/2014 | Photocopy Charge for Servicing All Creditors Supplemental fee request | 360 | 0.50 | 180.00 |

**Total Fees** $2,732.40